UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael DeAngelis</u>

   v.                                             No. 06-fp-376

<u>NH State Prison</u>

## **O R D E R**

     Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $5.40 is due no later than November 17, 2006.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

     This case has been assigned civil number **06-cv-376-PB**.

**SO ORDERED.**

                                                /s/ James R. Muirhead
                                               James R. Muirhead
                                               United States Magistrate Judge

Date: October 17, 2006

cc:   Michael DeAngelis, *pro se*
       Bonnie S. Reed, Financial Administrator
       New Hampshire State Prison, Inmate Accounts