UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael DeAngelis</u>

        v.                                      Case No. 06-cv-376-PB

<u>NH State Prison</u>

<u>O R D E R</u>

I herewith approve the Reports and Recommendations of Magistrate Judge Muirhead dated January 12, 2007 and February 5, 2007 , no objections having been filed.

    SO ORDERED.

March  12, 2007                            /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Michael DeAngelis, Pro se
        Andrew Livernois, Esq.