UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael DeAngelis</u>

    v.                                   Civil No. 06-cv-376-PB

<u>New Hampshire State Prison, et al.</u>

<u>**ORDER**</u>

    Re:  Document No. 21, <u>Motion to Amend</u>

    Ruling: Denied without prejudice to refile in compliance with Local Rule 15.1 (a) which states:

**15.1 Motions to Amend**

> **(a) Motions.** A party who moves to amend a filing shall (i) attach the proposed amended filing to the motion to amend, (ii) identify in the motion or a supporting memorandum any new factual allegations, legal claims, or parties, and (iii) explain why any new allegations, claims, or parties were not included in the original filing.

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        U.S. Magistrate Judge

Date:  May 3, 2007

cc:    Michael DeAngelis, *pro se*
       Andrew B. Livernois, Esq.