UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael DeAngelis</u>

     v.         06-cv-376-PB

<u>NH State Prison, et al.</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 30, 2007, no objection having been filed.

  SO ORDERED.


June   1, 2007         <u>/s/ Paul Barbadoro</u>
              Paul Barbadoro
              United States District Judge


cc: Michael DeAngelis, Pro se
   Andrew Livernois, Esq.