UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael DeAngelis</u>

              v.                                06-cv-376-PB

<u>NH State Prison</u>

## O R D E R

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead, is designated to review the request for injunctive relief submitted by Plaintiff Michael DeAngelis and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.

July 5, 2007                                                   /s/ Paul Barbadoro
                                                                Paul Barbadoro
                                                                United States District Judge

cc:     Michael DeAngelis, Pro Se
        Andrew Livernois, Esq.