UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael DeAngelis</u>

   v.                                              Civil No. 06-cv-376-PB

<u>New Hampshire State Prison, et al.</u>

**O R D E R**

An evidentiary hearing on plaintiff's motion for emergency preliminary injunction will be held on July 19, 2007 at 2:00 p.m. Denial of access to his legal work is allegedly impacting his ability to respond to a summary judgment motion as ordered by Judge McAuliffe in 04-cv-456-SM. The subpoenas are denied. <u>See</u> LR 45.2.

**SO ORDERED.**

                                         /s/ James R. Muirhead
                                         James R. Muirhead
                                         United States Magistrate Judge

Date: July 12, 2007

cc:   Andrew B. Livernois, Esq.
       Michael DeAngelis, *pro se*