**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Michael DeAngelis

    v.                                Civil No. 06-cv-376-PB

New Hampshire State Prison, et al.

**REPORT AND RECOMMENDATION**

    I recommend that the motion (Document No. 54) be denied without a hearing.  The plaintiff is regularly supplied with toilet paper, he was given a roll shortly after he requested it and two days later he purchased two more rolls from the canteen, all as shown by documentary evidence by defendant.  Plaintiff's conclusory motion is unsupported by a single allegation.

    Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

                                            _____
                                            James R. Muirhead
                                            United States Magistrate Judge

Date:  August 22, 2007

cc: Michael DeAngelis, pro se
    Andrew B. Livernois, Esq.