**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Michael DeAngelis</u>

    v.                                                      Civil No. 06-cv-376-PB

<u>New Hampshire State Prison, et al.</u>

**<u>REPORT AND RECOMMENDATION</u>**

    I recommend that the motion (Document No. 55) be denied without a hearing as moot and as conclusory and without foundation of factual allegations. The motion requests ruling before July 27, 2007 but the motion has just been referred. The relief requested, action by July 27, 2007 cannot be granted in any event. Additionally, this litigant seeks repeated and frivolous injunctive relief requests seeking to have the court micro-manage his incarceration.

    Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. <u>See</u> <u>Unauthorized Practice of Law Comm. v. Gordon</u>, 979 F.2d 11, 13-14 (1st Cir. 1992);

United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date:  August 22, 2007

cc:  Michael DeAngelis, pro se
     Andrew B. Livernois, Esq.