UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael DeAngelis

    v.                                            Civil No. 06-cv-376-PB

NH State Prison, et al.

**REPORT AND RECOMMENDATION**

    Plaintiff has filed for injunctive relief with respect to assaults by guards, photocopies, harassment, false incident reports and mail. They are all moot because he was paroled on October 10, 2007 (See Document no. 69-2). I recommend that this motion (Document no. 66) be denied as moot.

    Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

                                        James R. Muirhead
                                        United States Magistrate Judge

Date: November 8, 2007

cc: Counsel of Record