UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael DeAngelis

        v.                                    Case No. 06-cv-376-PB

NH State Prison


O R D E R


I herewith approve the Reports and Recommendations of Magistrate Judge Muirhead dated August 22, 2007, regarding documents 54 and 55, no objection having been filed.

    SO ORDERED.


November 27, 2007                     /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           US District Judge


cc:    Michael DeAngelis, Pro se.
        Deborah B. Weissbard, Esq.