UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael DeAngelis</u>

    v.         06-cv-376-PB

<u>NH State Prison</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 8, 2007, no objection having been filed.

SO ORDERED.

December 5, 2007      /s/ Paul Barbadoro
             Paul Barbadoro
             United States District Judge

cc: Michael DeAngelis, Pro se
   Deborah Weissbard, Esq.